IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LAWRENCE RAYMOND DAISS, III, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT S.D. PACE, <br><br> Defendant. | CIVIL ACTION NO.: 4:22-cv-236 |

**O R D E R**

On February 27, 2024, the Court administratively closed this action as the case had settled. (Doc. 73.) Presently before the Court is a "Dismissal With Prejudice," signed solely by counsel for Plaintiff, wherein Plaintiff states that "it is hereby stipulated by and between the parties that this action be dismissed with prejudice." (Doc. 76.) Plaintiff cites Federal Rule of Civil Procedure 41(a)(1)(A)(ii). That rule, however, requires "a stipulation of dismissal *signed* by *all parties* who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). As the document bears no signatures on behalf of any party other than Plaintiff, the Rule has not been satisfied and the filing does not qualify as a stipulation of dismissal. Accordingly, the Court construes the filing as a motion, pursuant to Federal Rule of Civil Procedure 41(a)(2),[1] for dismissal at Plaintiff's request by a court order. As the deadline for responses has passed and Defendant has not filed a response, and in light of the

---

[1] Federal Rule of Civil Procedure (a)(1)(A)(i), which permits a Plaintiff to unilaterally dismiss a case in certain circumstances, does not apply here because Defendant has filed an Answer. (See docs. 48, 59.)

fact that the Court has previously been advised that a settlement has been reached, the Court **GRANTS** the Motion, (doc. 76). Accordingly, the Clerk of Court is hereby authorized and **DIRECTED** to **REOPEN** this case, **ENTER** this Order granting the Motion, and **CLOSE** this case.

      **SO ORDERED**, this 23rd day of July, 2024.

                      R. STAN BAKER, CHIEF JUDGE
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF GEORGIA